The Corporation of the Town of Troy *v.* Eble *et al.*

No. 17,378.

THE CORPORATION OF THE TOWN OF TROY *v.*
EBLE ET AL.

APPELLATE PROCEDURE.—*Sufficiency of Evidence.*—The refusal of a
new trial, asked on the ground of the insufficiency of the evidence,
in a suit by a town to recover as part of a public street land fenced
in by defendant, will not be disturbed on appeal where there was
evidence that the strip in controversy had never been dedicated by
the owner to the public.

From the Spencer Circuit Court.

*I. S. Bramel* and *S. K. Connor*, for appellant.

*Mattison, Posey & Clark*, for appellees.

McCABE, J.—Suit by appellant to recover posses-
sion of a strip of land alleged to be part of the public
street in said town, and which it is alleged defendants
have fenced in so as to obstruct said street. Issues
were made, tried, and resulted in a finding and judg-
ment for the defendants. A new trial as of right re-
sulted in a second finding and judgment for defendants.
The only error assigned is the ruling on appellant's
motion for a new trial, and the only reason for a new
trial discussed in the appellant's brief relates to the
sufficiency of the evidence to sustain the finding.
There was evidence from which the court might have
found that the strip in controversy had never been
dedicated by the owner to the public.

In view of the rule that we will not reverse a judg-
ment where there is evidence to sustain it, though
controverted by other evidence, we cannot reverse the
judgment in this case.

Judgment affirmed.

Filed January 28, 1896; petition for rehearing overruled April
3, 1896.